■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOEL THOMPKINS, Appellant. [679 NYS2d 309] —Judgment, Supreme Court, New York County (Bonnie Wittner, J.), rendered January 22, 1997, convicting defendant, upon his plea of guilty, of robbery in the second degree, and sentencing him, as a second felony offender, to a determinate term of 7 years, unanimously affirmed.

After a sufficient inquiry, the court properly denied defendant's application to withdraw his guilty plea. The record demonstrates that the court afforded defendant a reasonable opportunity to present his claim and was sufficiently familiar with the case to assess it (*People v Williams*, 210 AD2d 161). Defendant made only the conclusory claim that his attorney's performance was "insufficient" and the record demonstrates that defendant knowingly and voluntarily entered into a favorable plea, after a thorough allocution in which he unequivocally admitted that he committed the acts charged. We have considered and rejected defendant's remaining claims. Concur—Rosenberger, J. P., Nardelli, Mazzarelli, Andrias and Saxe, JJ.

■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. ROBERT DANIEL DOWNEY, Admitted on October 30, 1989, at a Term of the Appellate Division, First Department. [681 NYS2d 750] —Motion granted and respondent reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Milonas, J. P., Ellerin, Nardelli, Williams and Mazzarelli, JJ. *[See,* 240 AD2d 106.]